# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YENI LAZCANO,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a Washington Corporation; and DOES 1-20, Inclusive,<br><br>Defendants. | CASE NO. CASE NO. 5:19-cv-829-SP<br><br>**[PROPOSED] ORDER GRANTING STIPULATION AND PROTECTIVE ORDER**<br><br>*[Filed concurrently with Stipulation and Protective Order-Confidentiality Agreement]* |

The Court, having reviewed the moving papers orders as follows:

1) Good Cause Appearing, the Court hereby approves this Stipulation and Protective Order.

*///*

*///*

*///*

*///*

*///*

*///*

---

**CASE NO. CASE NO. 5:19-cv-829-SP**      **[PROPOSED] ORDER GRANTING STIPULATION AND PROTECTIVE ORDER**

1

**IT IS SO ORDERED.**

Dated: December 18, 2019

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

Submitted by:

DEBORAH S. TROPP, ESQ. – BAR NO. 162613
TRACY L. BREUER, ESQ. – BAR NO. 238687
McNEIL TROPP & BRAUN LLP
2 Park Plaza, Suite 620
Irvine, California 92614
Phone: (949) 259-2890
Fax:    (949) 259-2891

Attorneys for Defendant,
COSTCO WHOLESALE CORPORATION

---

**CASE NO. CASE NO. 5:19-cv-829-SP**    [PROPOSED] ORDER GRANTING STIPULATION AND PROTECTIVE ORDER

2