# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| YENI LAZCANO,<br><br>          Plaintiff,<br><br>     vs.<br><br>COSTCO WHOLESALE<br>CORPORATION AND DOES 1 TO<br>20, INCLUSIVE,<br><br>          Defendants. | CASE NO.: 5:19-cv-829-SP<br><br>**ORDER** |

## ORDER

The Court hereby vacates all currently set dates and dismisses this case with prejudice.

Dated: April 1, 2020          _____ _____ _____

United States District Judge

DEBORAH S. TROPP, ESQ. – BAR NO. 162613
TRACY L. BREUER, ESQ. – BAR NO. 238687
McNEIL TROPP & BRAUN LLP
2 Park Plaza, Suite 620
Irvine, California 92614
Phone: (949) 259-2890
Fax:      (949) 259-2891

Attorneys for Defendant,
COSTCO WHOLESALE CORPORATION